### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | |
|---|---|
| In re | ) Case No.: 08-16156 |
| | ) |
| JONATHON G. WELLS, | ) Chapter 13 |
| | ) |
| Debtor. | ) Judge John H. Squires |
| | ) |

### JUDGMENT ORDER

This matter coming before the Court on the claim of David Newton, the Court having jurisdiction over the subject matter and the parties, due notice having been given, the Court having heard arguments of counsel and good cause having been shown, the Court being otherwise fully advised in the premises and having reviewed the following the Motion to Dismiss and attached exhibits, the Motion to Convert and attached exhibits, the Agreed Order entered by the Court on December 17, 2008 allowing David Newton's claim in the amount of $110,000.00 [Doc. No. 66]; the Order to Compel entered by the Court on March 25, 2009 granting sanctions from Debtor to David Newton in the amount of $1,500.00 [Doc. No. 72]; and the Court having entered its Judgment and Order for Dismissal of Case with Prejudice, Allowance of Claim, and Related Relief of even date,

***JUDGMENT IS HEREBY ENTERED*** in favor of creditor DAVID NEWTON and against Debtor JONATHON G. WELLS in the amount of $111,500.00, which judgment is final and enforceable *instanter* in any court of competent jurisdiction.

MAY 21 2009

_____
Hon. John H. Squires

Order prepared by:

Jonathan W. Young (Ill. Bar No. 06204590)

Jeffrey Chang (Ill. Bar No. 06292539)
Wildman, Harrold, Allen & Dixon LLP
225 West Wacker Drive
Chicago, Illinois 60606
(312) 201-2000
jchang@wildman.com

*Attorneys for David Newton*